UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-60206-CV-MIDDLEBROOKS/Augustin-Birch

FREDDY ANTONIO TELLEZ LOPEZ,

    Petitioner,

v.

MARCOS CHARLES, et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on February 10, 2026. (DE 9). The Report recommends granting in part Petitioner Tellez Lopez's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*). Respondent filed objections to the Report on February 17, 2026 (DE 11), to which Petitioner responded on February 23, 2026 (DE 12).

I have conducted a *de novo* review of the Report, the briefing on objections, applicable law, and the record as a whole. Upon review, I agree with Magistrate Judge Augustin-Birch's conclusion that Mr. Tellez Lopez's Petition should be granted in part. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Respondent's Objections to the Magistrate's Report (DE 11) are **OVERRULED.**

(2) Magistrate Judge Augustin-Birch's Report (DE 9) is hereby **ADOPTED.**

(3) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED**, as set forth in the Report. Accordingly, Respondent shall either afford

2

Petitioner a prompt, individualized bond hearing before an immigration judge or release Petitioner.

(4) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 26 of February, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge Augustin-Birch;
            Counsel of Record;